

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00200-CV

Brad Clayton
v.
Stephen F. Stamper

On Appeal from the
271st District Court of Jack County, Texas
Trial Cause No. 21-12-131

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings in accordance with its opinion. Costs of the appeal are adjudged against appellee. We further order that the deposit in lieu of bond is released.

We further order this decision certified below for observance.

January 11, 2024